United States District Court
Southern District of Texas
**ENTERED**
March 13, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **NESTOR GUTIERREZ MURGA,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00205 |
| § | |
| **WARDEN OF THE PRAIRIELAND** § | |
| **DETENTION CENTER**, *et al.*, § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Motion to Compel Response or, in the Alternative, to Proceed to Ruling, (Dkt. No. 6). On February 12, 2026, the Court ordered Petitioner to serve Federal Respondents by and through the United States Attorney for the Southern District of Texas and Warden of the Prairieland Detention Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of the Petition, (Dkt. No. 1), and the Order for Response, (Dkt. No. 5), with that service. Petitioner was also ordered to submit proof that service was sent via certified mail to Respondents by February 17, 2026.

As of the date of this Order, Petitioner has not submitted proof that service was effectuated via certified mail to the Federal Respondents and the Warden of the Prairieland Detention Center.

Accordingly, Petitioner is hereby **ORDERED** to serve Federal Respondents by and through the United States Attorney for the Southern District of Texas and Warden of the Prairieland Detention Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of the Petition, (Dkt. No. 1), and the Order for Response, (Dkt. No. 5), with that service. Petitioner is **ORDERED** to submit proof that service was sent via certified mail to Respondents by March 13, 2026. Petitioner's Motion to Compel Response or, in the Alternative, to Proceed to Ruling, (Dkt. No. 6), is **DENIED**.

It is so **ORDERED**.

**SIGNED** on March 13, 2026.

_____
John A. Kazen
United States District Judge